## **EXHIBIT A**

### **INTERBAKE FOODS LLC**

| Payment Date | Check Number | Paid Amount |
|:---:|:---:|---:|
| 12/30/2016 | 911455 | 8,692 |
| 1/6/2017 | 912205 | 9,962 |
| **Total Payment Amount** | | $ 18,654 |