# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br>Gordmans Stores, Inc., *et al.*,<br><br>    Post-Effective Date Debtors | Chapter 11<br><br>Case No. 17-80304 (TLS)<br><br>(Jointly Administered) |
| META Advisors LLC on behalf of G-Estate Management Company, Inc. (f/k/a Gordmans Management Company, Inc.),<br><br>    Plaintiff,<br><br>v.<br><br>Interbake Foods LLC,<br><br>    Defendant. | Adv. Pro. No. 18-08283-TLS<br><br>**DEFAULT JUDGMENT** |

Upon consideration of *Plaintiff's Motion for Entry of Default Judgment* (the "Motion") against Defendant Interbake Foods LLC, (the "Defendant")[1] and the *Koenig Affidavit*; and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334(b); and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. § 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $19,004.00, which includes filing fees of $350.00.

---

[1] Capitalized terms used but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

3.  The Court retains jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Dated: __February 26__, 2019.

_/s/ Thomas L. Saladino_
Honorable Thomas L. Saladino
United States Bankruptcy Judge